IN THE SUPREME COURT OF THE
STATE OF OREGON

BILL SIZEMORE,                          )
                                        )
    Petitioner,                         )
                                        )
    v.                                  )    SC   S50834
                                        )
HARDY MYERS, Attorney General,          )
State of Oregon,                        )
                                        )    **ORDER CERTIFYING**
    Respondent.                         )    **BALLOT TITLE**


        Upon consideration by the court.

        Petitioner's request for oral argument is denied.

        Petitioner's arguments that the Attorney General's certified ballot title for Initiative Petition 72 (2004) does not comply substantially with ORS 250.035 are not well taken.

        The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed measure.

        Dated this 25th day of November 2003.


                                              _____
                                              WALLACE P. CARSON, JR.
                                                CHIEF JUSTICE